# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Theodore Harold Edward Bobo, Jr.,<br><br>　　　　　　Defendant. | **COURT MINUTES**<br>BEFORE:  Tony N. Leung<br>U.S. Magistrate Judge<br><br>Case No:　　　　23-cr-151 (SRN/TNL)<br>Date:　　　　　June 20, 2023<br>Court Reporter:　Maria Weinbeck<br>Courthouse:　　Minneapolis<br>Courtroom:　　9W<br>Time Commenced:  10:18 a.m.<br>Time Concluded:　11:11 a.m.<br>Sealed Hearing Time: N/A<br>Time in Court:　　53 Minutes<br>Hearing Type: Oral Argument |

APPEARANCES:
　Plaintiff:  Esther Soria Mignanelli, Assistant U.S. Attorney
　For Defendant Theodore Harold Edward Bobo, Jr.: Bill Mauzy, CJA

Deft(s). addtl briefs due:  **July 11, 2023**　　Govt. addtl briefs due:  **July 18, 2023**

Non-Dispositive motions taken under advisement as of today:  **20, 24, 25**
Non-Dispositive motions taken under advisement as of **7/18/2023**:  **26**

☒ ORDER TO BE ISSUED　☐ NO ORDER TO BE ISSUED　☐ R&R TO BE ISSUED　☒ NO R&R TO BE ISSUED
☒ Exhibits retained by the Court　☐ Exhibits returned to counsel

Additional Information:

Defendant offered and the Court received Defendant's Exhibits A, B, C, and D.

It was agreed that Defendant would submit an executed/signed copy of Exhibit A after the hearing.

The Government requested that Defendant's Exhibit D remain sealed.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*s/Emily*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Law Clerk